**IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
JONESBORO DIVISION**

TEARETHA CHUNN             PLAINTIFF

V.           NO. 3:11CV00287 JMM-JTR

MICHAEL J. ASTRUE,             DEFENDANT
Commissioner, Social
Security Administration

## **ORDER**

The Clerk is directed to issue a summons for the Defendant, the United States Attorney for the Eastern District of Arkansas, and the United States Attorney General. The United States Marshal is directed to serve the Summons, Complaint (docket entry #2), Motion to Extend Filing Time (docket entry #3), and the Court's December 27, 2011 Order (docket entry #4) without prepayment of fees and costs or the necessity of giving security.

IT IS SO ORDERED this 28th day of December, 2011.

_____
UNITED STATES MAGISTRATE JUDGE