IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
JONESBORO DIVISION

TEARETHA CHUNN                                                                   PLAINTIFF

V.                            NO. 3:11CV00287 BSM-JTR

MICHAEL J. ASTRUE,                                                              DEFENDANT
Commissioner, Social
Security Administration

# **ORDER**

On March 6, 2012, the Court entered a Scheduling Order directing Plaintiff, who is proceeding *pro se*, to file a brief on or before April 17, 2012. (Docket entry #15.) The Order specifically advised Plaintiff that her brief should: (1) provide a history of the administrative proceedings; (2) provide a statement of the facts; (3) identify specific points for appeal together with relevant law and argument; (4) include citations of legal authority in support of her arguments; (5) include specific page references within the cited cases where the legal point is discussed; and (6) include citations to referenced portions of the administrative transcript[1] supporting her arguments.

The Order advised Plaintiff that her failure to file a timely brief could result in

---

[1] The Commissioner has filed the certified transcript of the administrative proceeding in Plaintiff's case, stating that he served a copy of the transcript on Plaintiff. (Docket entry #13.)

dismissal of her case for failure to prosecute. Plaintiff did not file her brief as ordered by the Court.

On September 5, 2012, the Court ordered Plaintiff to show cause why her case should not be dismissed for failure to prosecute this action. Plaintiff responded by stating that she had recently moved to Jonesboro, was still receiving medical treatment, and was not able to work full-time on any job. She said she had faxed a copy of the Scheduling Order to the Binder & Binder law firm. (Docket entry #18.) However, Plaintiff is proceeding *pro se* in this action, and no attorney or law firm has entered an appearance on her behalf. It is her responsibility to comply with all orders of the Court and to ensure that her case proceeds.

**Accordingly, Plaintiff is ORDERED to file an Appeal Brief with the Court on or before November 5, 2012. The Appeal Brief should be in the form directed by the Court's March 6, 2012 Scheduling Order, as repeated above.**

**Plaintiff's failure to file an Appeal Brief by November 5, 2012, will result in dismissal of her case for failure to prosecute.**

DATED this 5th day of October, 2012.

_____
UNITED STATES MAGISTRATE JUDGE